**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BONNIE J. KULPAK,

    Plaintiff,

v.                                           CASE NO. 6:11-CV-1324-Orl-36KRS

BCD TRAVEL USA, LLC.,

    Defendant.
_____/

**ORDER**

      This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Karla J. Spaulding, on March 20, 2012 (Doc. 25). In the Report and Recommendation, Judge Spaulding recommends that the Court grant the Joint Motion for Approval of Amended Settlement and Dismissal with Prejudice, filed on March 6, 2012 (Doc. 23). On March 20, 2012, the parties filed a Joint Notice of Non-Objection to the Magistrate's Report and Recommendation (Doc. 26). As such, this matter is ripe for review.

      After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. § 216.

      Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 25) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Joint Motion for Approval of Amended Settlement and Dismissal with Prejudice (Doc. 23) is **GRANTED**. The Settlement Agreement (Doc. 23, Ex. 1) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute. However, the Court declines to reserve jurisdiction to enforce the settlement agreement.

3. This action is **DISMISSED**, with prejudice.

4. Plaintiff's counsel shall provide a copy of the Report and Recommendation and this Order to Plaintiff.

5. The Clerk is directed to terminate any pending motions and deadlines and close this case.

**DONE AND ORDERED** at Orlando, Florida on March 21, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD